JOHN L. SLAFSKY, Cal Bar No. 195513
ANTHONY J WEIBELL, Cal. Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jslafsky@wsgr.com; aweibell@wsgr.com

*Attorneys for Defendant*
ACCURAGEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASURAGEN, INC.,<br><br>               Plaintiff,<br><br>        v.<br><br>ACCURAGEN, INC.,<br><br>               Defendant. | CASE NO.: 3:16-cv-05440-RS<br><br>**DEFENDANT ACCURAGEN, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

CORPORATE DISCLOSURE STATEMENT
CASE NO.: 3:16-CV-05440-RS

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant AccuraGen, Inc. ("AccuraGen"), states, by and through its undersigned counsel, that AccuraGen is a wholly-owned subsidiary of AccuraGen Holdings, Limited.

**CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: AccuraGen Holdings, Limited.

Dated: October 19, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Anthony J Weibell
     Anthony J Weibell

*Attorneys for Defendant*
ACCURAGEN, INC.