MARK R. CONRAD (CA Bar No. 255667)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conradmetlitzky.com

JAMES D. WEINBERGER (admitted *pro hac vice*)
JASON D. JONES (admitted *pro hac vice*)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
866 United Nations Plaza
New York, New York 10017
Tel:     (212) 813-5900
Fax:    (212) 813-5901
Email: jweinberger@fzlz.com, jjones@fzlz.com

Attorneys for Plaintiff Asuragen, Inc.

JOHN L. SLAFSKY, Cal Bar No. 195513
ANTHONY J. WEIBELL, Cal. Bar No. 238850
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:     (650) 493-9300
Fax:    (650) 565-5100
Email: jslafsky@wsgr.com, aweibell@wsgr.com

Attorneys for Defendant AccuraGen, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASURAGEN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCURAGEN, INC.,<br><br>    Defendant. | CASE NO. 16-CV-05440<br><br>**STIPULATION AND [PROPOSED] ORDER TO CLARIFY CASE MANAGEMENT SCHEDULE AND SET SUMMARY JUDGMENT BRIEFING AND HEARING SCHEDULE** |

| | |
|---|---|
| 1 | WHEREAS, on January 11, 2017, Plaintiff Asuragen, Inc. ("Asuragen"), and Defendant |
| 2 | AccuraGen, Inc. ("AccuraGen") submitted a joint case management statement in the above-captioned |
| 3 | matter proposing a filing deadline for "Summary Judgment Motions and Daubert Motions" on |
| 4 | November 3, 2017, *see* Dkt. No. 26; |

WHEREAS, on January 11, 2017, Plaintiff Asuragen, Inc. ("Asuragen"), and Defendant AccuraGen, Inc. ("AccuraGen") submitted a joint case management statement in the above-captioned matter proposing a filing deadline for "Summary Judgment Motions and Daubert Motions" on November 3, 2017, *see* Dkt. No. 26;

WHEREAS, following the initial case management conference held in this matter on January 26, 2017, the Court issued a Case Management Scheduling Order, which provides that "dispositive pretrial motions" shall be "heard no later than January 11, 2018," but does not otherwise set a schedule for summary judgment briefing, *see* Dkt. No. 30 at 2;

WHEREAS, the Court's Guidelines for Final Pretrial Conference provides that motions *in limine* shall be filed not later than ten (10) days before the pretrial conference," and the Court's Case Management Scheduling Order provides that the "final pretrial conference will be held on March 22, 2018," but these orders set no specific deadlines with respect to the filing of *Daubert* motions;

WHEREAS, counsel for Asuragen and AccuraGen have met and conferred and agree upon an appropriate schedule for briefing on summary judgment in this matter, and wish to modify the default briefing schedule set by the Local Civil Rules, *see* N.D. Cal. Civ. L.R. 7;

WHEREAS, counsel for Asuragen and AccuraGen have further met and conferred and agree about the appropriate timing for *Daubert* motions in this case based upon their mutual view that the presentation of such motions in conjunction with summary judgment proceedings would result in an unnecessary duplication and waste of the parties' and the Court's time;

NOW, THEREFORE, Asuragen and AccuraGen stipulate to the set and/or clarify the deadlines set forth below with respect to summary judgment and *Daubert* motions in the above-referenced matter, subject to the Court's approval:

- Motion for Summary Judgment — November 9, 2017
- Opposition to Motion for Summary Judgment — November 30, 2017
- Reply in Support of Motion for Summary Judgment — December 7, 2017

- Hearing on Motion for Summary Judgment — December 21, 2017
- *Daubert* Motions — 10 days prior to Pretrial Conference

Respectfully submitted,

DATED: November 8, 2017　　　　　　　　　　CONRAD & METLITZKY LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Mark R. Conrad*
　　　　　　　　　　　　　　　　　　　　　MARK R. CONRAD
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Asuragen, Inc.

DATED: November 8, 2017　　　　　　　　　　FROSS ZELNICK LEHRMAN & ZISSU, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ James D. Weinberger*
　　　　　　　　　　　　　　　　　　　　　JAMES D. WEINBERGER
　　　　　　　　　　　　　　　　　　　　　JASON D. JONES
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Asuragen, Inc.

DATED: November 8, 2017　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Anthony J. Weibell*
　　　　　　　　　　　　　　　　　　　　　ANTHONY J. WEIBELL
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant AccuraGen, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 13, 2017

　　　　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG