1 | MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
2 | **CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
3 | San Francisco, CA 94111
Tel:   (415) 343-7100
4 | Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com; wmetlitzky@conradmetlitzky.com

JAMES D. WEINBERGER (admitted *pro hac vice*)
JASON D. JONES (admitted *pro hac vice*)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
Fax: (212) 813-5901
Email: jweinberger@fzlz.com; jjones@fzlz.com

Attorneys for Plaintiff Asuragen, Inc.

JOHN L. SLAFSKY, Cal. Bar No. 195513
ANTHONY J WEIBELL, Cal. Bar No. 238850
LENA T. WONG, Cal. Bar No. 312066
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jslafsky@wsgr.com; aweibell@wsgr.com; lwong@wsgr.com

Attorneys for Defendant AccuraGen, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASURAGEN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCURAGEN, INC.,<br><br>    Defendant. | CASE NO. 16-CV-05440<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF CONDITIONAL**<br>**DISMISSAL, FED. R. CIV. P.**<br>**41(a)(1)(A)(ii)** |

WHEREAS, the parties have reached a settlement in principle to resolve the case;

WHEREAS, trial in this matter is currently scheduled for trial on April 2, 2018, and, pursuant to the Guidelines for Pretrial Conference in Jury Cases Before District Judge Richard Seeborg, the parties are required to meet and confer about the joint pretrial statement, the issues to be tried, and the exchange of trial exhibits and other materials not later than March 12, 2018;

WHEREAS, the parties agree that, to conserve judicial resources, and so that the parties can dedicate their attention to finalizing the settlement in principle that they have reached, rather than to the preparation of the case for trial;

NOW, THEREFORE, the parties hereby stipulate and agree through their undersigned counsel, subject to the approval of the Court, that the trial date in this matter be vacated and that the Court enter a conditional order of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the terms of which shall hold the final dismissal of the case in abeyance for sixty (60) days from the entry of the Court's order on this stipulation, and shall allow either party to this action to notify the Court prior to the expiration of the sixty (60) days that, due to the absence of a final and binding settlement agreement between the parties, the case should be reinstated to the Court's calendar and reset for trial.

Respectfully submitted,

DATED: February 20, 2018      CONRAD & METLITZKY LLP

*/s/ Mark R. Conrad*
MARK R. CONRAD
Attorneys for Plaintiff Asuragen, Inc.

DATED: February 20, 2018      FROSS ZELNICK LEHRMAN & ZISSU, P.C.

*/s/ James D. Weinberger*
JAMES D. WEINBERGER
JASON D. JONES
Attorneys for Plaintiff Asuragen, Inc.

| | | |
|---|---|---|
| DATED: February 20, 2018 | | WILSON SONSINI GOODRICH & ROSATI, P.C. |

*/s/ Anthony J Weibell*
JOHN L. SLAFSKY
ANTHONY J WEIBELL
LENA WONG
Attorneys for Defendant AccuraGen, Inc.

## [PROPOSED] ORDER OF CONDITIONAL DISMISSAL

Having received the parties' stipulation regarding their agreement in principle to settle the above-captioned action, the Court hereby GRANTS the stipulation of conditional dismissal filed by Plaintiff Asuragen, Inc. ("Asuragen") and Defendant AccuraGen, Inc. ("AccuraGen"). The trial date set in this matter and all other case management deadlines relating thereto are hereby VACATED. The suit and all causes of action asserted therein shall be and hereby are DISMISSED with prejudice, provided, however, that the dismissal effected by the parties' stipulation and by this Order shall be held in abeyance for sixty (60) days from the date of this Order, during which time either Asuragen or AccuraGen may notify the Court that it wishes to set aside the order of dismissal and reinstate the case to the Court's calendar for a trial setting hearing. Absent such a notification from either party, then after sixty (60) days have passed from the date of the entry of this Order, the Clerk shall enter judgment with each party to bear its own fees and costs in this action and shall close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 26, 2018

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE